LAKEWOOD TRUST COMPANY, Appellant, v. SIMA ELISBERG, Defendant. L. BARTH & SON, INC., and MARY NELSON, Respondents.— Order denying plaintiff's motion for examination before trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The pleadings present a situation in which an examination of respondents is

proper and necessary. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.